UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *individually and on behalf of all others similarly situated*,<br><br>                                    Plaintiff,<br><br>                    -v.-<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>                                    Defendant. | 21 Civ. 5624 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

   As there is no indication on the docket that the complaint in this matter has been served on Defendant, nor of the appearance of defense counsel, the initial pretrial conference scheduled for October 12, 2021, is hereby ADJOURNED *sine die*. Plaintiff is advised to inform the Court via letter on or before **October 15, 2021**, of the date of service on Defendant.

   SO ORDERED.

Dated:     October 8, 2021
           New York, New York

                                            _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge