UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA BROWN, *individually and of behalf of all others similarly situated,*

                Plaintiffs,

-v.-

THE PROPHET MANASSEH JORDAN MINISTRIES,

                Defendant.

21 Civ. 5624 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 17, 2021, Plaintiff notified the Court that service upon Defendant was effectuated on July 30, 2021.  (Dkt. #8).  Accordingly, the time by which Defendant was to respond was August 20, 2021.  To date, Defendant has not appeared in this action, and the Court has no indication of Defendant's intention to do so.

Thus, if Defendant continues to fail to appear or otherwise participate in this action, Plaintiff is hereby ORDERED to submit papers for a default judgment on or before November 22, 2021.

    SO ORDERED.

Dated:   October 22, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge