UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA BROWN, *individually and of behalf of all others similarly situated,*

           Plaintiffs,

-v.-

THE PROPHET MANASSEH JORDAN MINISTRIES,

           Defendant.

21 Civ. 5624 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

On October 22, 2021, the Court ordered Plaintiff to submit papers for a default judgment on or before November 22, 2021. (Dkt. #9). The Court's review of the docket discloses that Plaintiff's application for a certificate of default was deficient. (Dkt. #10). Thus no certificate of default has been issued.

If Plaintiff wishes to pursue this case, she is hereby directed to obtain a certificate of default on or before **January 31, 2022**. Upon receiving a certificate of default, Plaintiff is further directed to move for a default judgment on or before **February 16, 2022**. Failure to comply with this Order will likely result in dismissal of this case pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and non-compliance with a court order.

SO ORDERED.

Dated:  January 10, 2022
          New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge