UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angela Brown, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>The Prophet Manasseh Jordan Ministries,<br><br>Defendant. | Case No.: 1:21-cv-05624-KPF<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Ross H. Schmierer, Esq. and the exhibits attached thereto and the annexed Affirmation of Angela Brown, and upon all prior proceedings had herein, Plaintiff Angela Brown hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff against The Prophet Manasseh Jordan Ministries, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Declaration of Ross H. Schmierer Esq. are: (1) the Clerk's certificate of default, (2) a copy of the claim to which no response has been made, and (3) a proposed form of default judgment.

Dated: New York, New York
February 16, 2022

                                             **KAZEROUNI LAW GROUP, A.P.C.**

By:    *s/ Ross H. Schmierer*
           Ross H. Schmierer, Esq.
           48 Wall Street
           New York, NY 10005
           Phone: (800) 400-6808
           Fax: (800) 520-5523
           ross@kazlg.com

           *Attorneys for Plaintiff*