UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA BROWN, *individually and on behalf of all others similarly situated*,<br><br>                  Plaintiffs,<br><br>-v.-<br><br>THE PROPHET MANASSEH JORDAN MINISTRIES,<br><br>                  Defendant. | Case Number: 1:21-cv-05624-KPF<br><br>**DEFAULT JUDGMENT** |

     **THIS MATTER** having been brought before the Court by Plaintiff, through counsel, by way of a Motion for Default Judgment, and it appearing that Defendant was duly served with process on July 30, 2021; that no answer or other appearance has been filed in the time allotted and that due notice has been provided to Defendant; and the Clerk of Court has entered default on January 31, 2022; it is

     **ON THIS** 28th day of July, 2022, hereby **ORDERED** that Plaintiff's Motion for Default Judgment is hereby **GRANTED**; and it is **FURTHER ORDERED** that:

1. **JUDGMENT** is entered against Defendant The Prophet Manasseh Jordan Ministries and in favor of Plaintiff Angela Brown for $102,500.

The Clerk of Court is directed to terminate the pending
motion at docket entry 15.

Dated:    July 28, 2022
             New York, New York

*Katherine Polk Failla*
_____
Hon. Katherine Polk Failla
United States District Judge